# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANIEL ALVAREZ,

    Plaintiff(s),

v.

TATA AMERICA INTERNATIONAL CORPORATION,

    Defendant(s).

Case No.: 2:18-cv-01733-RFB-NJK

**Order**

[Docket No. 21]

    Pending before the Court is Defendant's motion to compel discovery. Docket No. 21. Plaintiff failed to file a response to the motion before March 5, 2019, as required by the Court's order at Docket No. 13. Defendant, therefore, filed a notice of non-response. Docket No. 22. Plaintiff filed a response to this notice, stating that he failed to respond due to the CM/ECF electronic filing notice stating that his response was not due until March 15, 2019. Docket No. 23.

    The Court's order states that, absent leave for an extension, the response to a discovery motion shall be filed within 4 days of the service of that motion. Docket No. 13 at 2. Further, the Court's order states that while CM/ECF may automatically generate deadlines that are inconsistent with its order, the Court's order controls. *Id*. at 2-3. The Court, in this one instance, will allow Plaintiff to file his response no later than March 11, 2019. Any reply shall be filed no later than March 13, 2019.

    IT IS SO ORDERED.

    Dated: March 7, 2019

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge