# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL ALVAREZ,<br>    Plaintiff(s),<br>v.<br>TATA AMERICA INTERNATIONAL CORPORATION,<br>    Defendant(s). | Case No.: 2:18-cv-01733-RFB-NJK<br><br>**Order**<br><br>[Docket No. 30] |

Pending before the Court is Plaintiff's motion to extend various discovery deadlines. Docket No. 30. A response shall be filed no later than May 1, 2019, and any reply shall be filed no later than May 2, 2019.

IT IS SO ORDERED.

Dated: April 29, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1