Deverie J. Christensen
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
Bank of America Plaza
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com

Emily M. Petroski
Michigan State Bar No. P63336
**JACKSON LEWIS P.C.**
2000 Town Center, Suite 1650
Southfield, MI 48075
Tel: (248) 936-1900
Email: emily.petroski@jacksonlewis.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant*
*Tata America International Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL ALVAREZ,<br><br>Plaintiff,<br><br>vs.<br><br>TATA AMERICA INTERNATIONAL CORPORATION, a New York Corporation,<br><br>Defendant. | Case No. 2:18-cv-01733-RFB-NJK<br><br>**STIPULATED NOTICE OF SETTLEMENT AND REQUEST FOR STAY OF PRE-TRIAL DEADLINES** |

Plaintiff Daniel Alvarez and Defendant Tata America International Corporation, by and through their respective counsel, hereby file this Stipulated Notice of Settlement and Request for Stay of Pre-Trial Deadlines.

The parties reached a resolution of this case following the mediation conducted on Friday, January 31, 2020. The parties request additional time to execute settlement documents and submit a stipulation seeking dismissal with prejudice of this entire case.

Accordingly, the parties respectfully request that the Court stay all pending pretrial deadlines in the Discovery Scheduling Plan and Order and the Court's Order dated January 21, 2020 (ECF

No. 47) (e.g., deadline to file dispositive motions and joint pretrial order, etc.), to allow the parties to conclude resolution of this case without incurring additional fees and costs to comply with pre-trial deadlines.

DATED this 14th day of February, 2020.

| LAW OFFICES OF MICHAEL P. BALABAN | JACKSON LEWIS P.C. |
|---|---|
| */s/ Michael P. Balaban* | */s/ Deverie J. Christensen* |
| Michael P. Balaban, Esq.<br>Nevada Bar No. 9370<br>10726 Del Rudini Street<br>Las Vegas, Nevada 89141 | Deverie J. Christensen, Esq.<br>Nevada Bar No. 6596<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 |
|  | Emily M. Petroski, Admitted Pro Hac Vice<br>Michigan State Bar No. P63336<br>2000 Town Center, Suite 1650<br>Southfield, MI 48075 |
| *Attorney for Daniel Alvarez* | *Attorneys for Tata America International Corporation* |

## **ORDER**

A stipulation of dismissal shall be filed no later than March 9, 2020.

IT IS SO ORDERED   February 18   , 2020.

_____
U.S. Magistrate Judge