Deverie J. Christensen
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
Bank of America Plaza
300 S. Fourth Street, Suite 900
Las Vegas, NV 89101
Tel: (702) 921-2460
Email: donald.paradiso@jacksonlewis.com

Emily M. Petroski
Michigan State Bar No. P63336
**JACKSON LEWIS P.C.**
2000 Town Center, Suite 1650
Southfield, MI 48075
Tel: (248) 936-1900
Email: emily.petroski@jacksonlewis.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant*
*Tata America International Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL ALVAREZ, | Case No. 2:18-cv-01733-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND STAY OF PRE-TRIAL DEADLINES** |
| TATA AMERICA INTERNATIONAL CORPORATION, a New York Corporation, | |
| Defendant. | |

Plaintiff Daniel Alvarez and Defendant Tata America International Corporation, by and through their respective counsel, hereby file this Stipulation to Extend Stay of Pre-Trial Deadlines.

The parties reached a resolution of this case following the mediation conducted on Friday, January 31, 2020. On February 14, 2020, the Court entered a Stipulated Order Staying all Pre-Trial Deadlines. Due to Plaintiff's representation that he has been hospitalized and admitted to the ICU, the parties request additional time to execute settlement documents and submit a stipulation seeking dismissal with prejudice of this entire case.

Accordingly, the parties respectfully request that the Court extend the stay of all pending pretrial deadlines in the Discovery Scheduling Plan and Order and the Court's Order dated January 21, 2020 (ECF No. 47) (e.g., deadline to file dispositive motions and joint pretrial order, etc.) and

February 14, 2020, and set a 60 day status check, to allow the parties to conclude resolution of this case without incurring additional fees and costs to comply with pre-trial deadlines, in light of Plaintiff's representation that he has been hospitalized and admitted to the ICU and is unable to execute the agreement.

DATED this 5th day of March, 2020.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | JACKSON LEWIS P.C. |
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>Nevada Bar No. 9370<br>10726 Del Rudini Street<br>Las Vegas, Nevada 89141 | /s/ Deverie J. Christensen<br>Deverie J. Christensen, Esq.<br>Nevada Bar No. 6596<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>Emily M. Petroski, Admitted Pro Hac Vice<br>Michigan State Bar No. P63336<br>2000 Town Center, Suite 1650<br>Southfield, MI 48075 |
| *Attorney for Daniel Alvarez* | *Attorneys for Tata America International Corporation* |

## **ORDER**

The Court **GRANTS** the stipulation and **SETS** a status conference for 11:00 a.m. on May 11, 2020. If a stipulation of dismissal is filed before that date, the Court will vacate the hearing.

IT IS SO ORDERED  March 9, 2020 , 2020.

_____
U.S. Magistrate Judge